UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO: 2:13-cr-145-FtM-29CM

QUINTON PAUL HANDLON
_____

ORDER

This matter comes before the Court upon review of Defendant's Affidavit of Indigency (Doc. 150) filed on November 4, 2016, construed as a Motion to Proceed *In Forma Pauperis*. On November 4, 2016, Defendant filed a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. Doc. 149. Defendant states that he is unable to make prepayment of fees and costs or to give security. Doc. 150 at 1. At the outset, there are no filing fees for a section 2255 proceeding. *See Anderson v. Singletary*, 111 F.3d 801, 806 (11th Cir. 1997) ("[F]or a section 2255 proceeding, no filing fee is required"). Accordingly, the motion is due to be denied as moot on this ground.

ACCORDINGLY, it is hereby

ORDERED:

Defendant's Affidavit of Indigency (Doc. 150) filed on November 4, 2016, construed as a Motion to Proceed *In Forma Pauperis*, is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 7th day of November, 2016.

- 2 -

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record

Quinton Paul Handlon *Pro se*
U.S. Penitentiary